# EXHIBIT 1

# PROPOSED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALPHA ENTERTAINMENT LLC,[1]<br><br>　　　　Debtor.<br><br>PETER HURWITZ, solely in his capacity as Plan Administrator of Alpha Entertainment LLC,<br><br>　　　　Plaintiff,<br><br>OLIVER LUCK,<br><br>　　　　Defendant. | Chapter 11<br><br>Case No. 20-10940 (LSS)<br><br><br>Adv. Proc. No. 22-50256 (LSS) |

## ORDER

UPON CONSIDERATION of the Motion for Withdrawal of the Reference (the "Motion") filed by Defendant Oliver Luck, it is this ____ day of _____, 2022, **hereby**

**ORDERED** that:

　　1.　　The Motion is GRANTED; and

　　2.　　Pursuant to 28 U.S.C. §§ 157(d) and (e), Federal Rule of Bankruptcy Procedure 5011, and Del. Bankr. L.R. 5011-1, the reference of the above-captioned adversary proceeding to the Bankruptcy Court is withdrawn

Dated: _____, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The last four digits of the Debtor's federal tax identification number are 7778.

11083860