# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALPHA ENTERTAINMENT LLC,[1] | Case No. 20-10940 (LSS) |
| Debtor. | |
| PETER HURWITZ, solely in his capacity as Plan Administrator of Alpha Entertainment LLC, | Adv. No. Proc. No. 22-50256 (LSS) |
| Plaintiff, | |
| v. | |
| OLIVER LUCK, | |
| Defendant. | |
| OLIVER LUCK, | |
| Third-Party Plaintiff, | |
| v. | |
| VINCENT K. MCMAHON, | |
| Third-Party Defendant. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 19, 2022 AT 11:00 A.M.

**This hearing will be conducted entirely over Zoom and requires all participants to register in advance no later than December 19, 2022 at 8:00 a.m.**

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is c/o Peter Hurwitz, Plan Administrator, 40 Half Moon Lane, Irvington, NY 10533.

> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItc-itqz8qHZYPOSTxcxRvCPJpGdsnAJg**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**PRETRIAL CONFERENCE:**

1. Summons and Notice of Pretrial Conference Served on Third Party Defendant Vincent K. McMahon [Adv. Docket No. 28, Filed August 17, 2022]

    Response Deadline: None.

    Responses Received: None.

    Related Documents:

    A. Certification of Counsel Requesting Entry of Joint Scheduling Order [Adv. Docket No. 45, Filed December 14, 2022]

    Status: This matter is going forward.

Dated: December 15, 2022　　　　　GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

Counsel for the Plan Administrator